**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-4141**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL AARON LITTLE,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge.
(CR-99-132-F)

───────────

Submitted: September 8, 2000          Decided: October 19, 2000

───────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Douglas E. Kingsberry, THARRINGTON, SMITH, L.L.P., Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Jennifer May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Aaron Little appeals his sentence following his plea of guilty to a violation of 18 U.S.C. § 751(a) (1994), escape from federal custody. Little asserts that the district court committed plain error when it failed to assure that Little received a copy of the revised Presentence Investigation Report and discussed the Report with his attorney. Assuming without deciding that the district court erred, we find that Little fails to establish that he suffered any prejudice. See United States v. Lockhart, 58 F.3d 86, 88-89 (4th Cir. 1995). Accordingly, we affirm the district court's order of judgment and conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED